FILED

OCT 2 2 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANGEL GUEVAS-MARVAN,<br>Defendant. | Case No. 26-CR-03829-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Upon the motion of the United States, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, **IT IS HEREBY ORDERED** that the Information against Defendant Angel Cuevas-Marvan in this case is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 10/22/26

Hon. Todd W. Robinson
United States District Judge